IN RE:                                          CHAPTER 11

**FREDDIE'S DRIVE-IN OF**                       **CASE NO. 10-11498**
**DONALDSONVILLE, L.L.C**

                                                **Jointly Administered with**

**FREDDIE'S DRIVE-IN NO. 3**                    **CASE NO. 10-11499**
**OF THIBODAUX, L.L.C**

**FREDDIE'S DRIVE-IN NO. 4**                    **CASE NO. 10-11500**
**OF LAPLACE, L.L.C.**

**FREDDIE'S DRIVE-IN NO. 5**                    **CASE NO. 10-11501**
**OF GALLIANO, L.L.C**

**FREDDIE'S DRIVE-IN NO. 6**                    **CASE NO. 10-11502**
**OF MORGAN CITY, L.L.C.**

**FREDDIE'S DRIVE-IN INVESTMENTS, L.L.C**       **CASE NO. 10-11503**
      *Debtors*

---

## MOTION FOR JOINT ADMINISTRATION

---

   **NOW INTO COURT**, through undersigned counsel, come debtors, Freddie's Drive-In of

Donaldsonville, L.L.C. ("Freddie's No. 1"), Freddie's Drive-In No. 3 of Thibodaux, L.L.C.

("Freddie's No. 3"), Freddie's Drive-In No. 4 of LaPlace, L.L.C. ("Freddie's No. 4"), Freddie's

Drive-In No. 5 of Galliano, L.L.C. ("Freddie's No. 5"), Freddie's Drive-In No. 6 of Morgan City,

L.L.C. ("Freddie's No. 6"), and Freddie's Drive-In Investments. L.L.C. ("Freddie's Investments)

(collectively, the "Freddie's Debtors" or "Movers"), who  jointly move this Court for entry of an

order granting joint administration of their respective Chapter 11 cases (the "Motion") pursuant to Bankruptcy Rule 1015(b) and in support thereof, respectfully represent:

## **Jurisdiction**

### 1.

The Court has jurisdiction over this Motion under 28 U.S.C. Sec. 1334. This matter is a core proceeding within the meaning of 28 U.S.C. Sec. 157. This venue is proper pursuant to 28 U.S.C. Sec. 1408 and Sec. 1409.

### 2.

The authority for the relief requested herein is set in §105(a) of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-1.

## **Background**

### 3.

On September 22, 2010, the Freddie's Debtors filed their cases under Chapter 11 of Title 11, United States Code. The Freddie's Debtors have continued operations and management of their properties as debtors in possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

### 4.

Freddie's Investments was formed in March of 2006 and operates as a holding company and/or affiliate for the other Freddie's Debtors. Freddie E. Allen, Sr. is the sole member of Freddie's Investments, Freddie's No. 5 and Freddie's No. 6. Freddie's Investments is the sole member of Freddie's No. 1, Freddie's No. 3 and Freddie's No. 4.

### 5.

Undersigned counsel is not aware of adverse claims by and among Freddie's Debtors against

each other.

## **Relief Requested**

### 6.

By this Motion, the Movers request an order authorizing the joint administration of the Movers' Chapter 11 cases for administration purposes only.

## **Basis for Relief**

### 7.

Local Bankruptcy Rule 1015-1(a) provides that if the Court authorizes joint administration, the number of the lowest numbered bankruptcy case is to be captioned first and the caption of the lowest numbered case is to serve as the indentifying caption. In order to optimally and economically administer these pending Chapter 11 cases, these Chapter 11 cases should be jointly administered, for procedural purposes only, under the case number assigned to Freddie's No. 1.

### 8.

The rights of the respective creditors of the Movers will not be adversely affected by joint administration of these cases because this Motion requests only administrative consolidation. The Movers are not by this Motion seeking substantive consolidation. Notwithstanding the entry of an Order granting the relief requested by this Motion, each creditor shall file a proof of claim against a particular Debtor's estate. Thus the rights of all creditors will be enhanced by the reduced costs resulting from joint administration. This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified.

### 9.

By reason of the foregoing, the interests of the Movers and their creditors would be best

served by joint administration of the above-referenced cases. Accordingly, the Movers request that the caption on their cases be modified to reflect the joint administration of the Chapter 11 cases, as follows:

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**IN RE:**                                                          **CASE NO. 10-11498**

        **FREDDIE'S DRIVE-IN OF**
                **DONADSONVILLE, L.L.C.**
        **FREDDIE'S DRIVE-IN NO. 3 OF**
                **THIBODAUX, L.L.C.**
        **FREDDIE'S DRIVE-IN NO. 4 OF**
                **LAPLACE, L.L.C.**
        **FREDDIE'S DRIVE-IN NO. 5 OF**
                **GALLIANO, L.L.C.**
        **FREDDIE'S DRIVE-IN NO. 6 OF**
                **MORGAN CITY, L.L.C.**
        **FREDDIE'S DRIVE-IN INVESTMENTS, L.L.C.**

**DEBTORS**                                                          **CHAPTER 11**
                                                          **JOINTLY ADMINISTERED**

---

10.

Notice of this Motion has been given to (i) any official committees appointed in the cases, (ii) the United States Trustee; (iii) the secured creditors and their counsel; (v) the 20 largest creditors of each of the Freddie's Debtors; (vi) all parties who request notices pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. In light of the nature of the relief requested, the Freddie's Debtors submit that no further notice is necessary.

WHEREFORE, each of the Freddie's Debtors respectfully request that the Court enter an Order substantially in the form submitted herewith, (a) authorizing the joint administration of the

Chapter 11 cases of Freddie's Drive-In Investments. L.L.C., Freddie's Drive-In of Donaldsonville, L.L.C., Freddie's Drive-In No. 3 of Thibodaux, L.L.C., Freddie's Drive-In No. 4 of LaPlace, L.L.C., Freddie's Drive-In No. 5 of Galliano, L.L.C., and Freddie's Drive-In No. 6 of Morgan City, L.L.C. under the case number assigned to Freddie's Drive-In Investments. L.L.C; and (b) granting such other relief as the Court deems just and proper.

Respectfully Submitted:

**STEWART ROBBINS & BROWN, LLC**
247 Florida Street
Post Office Box 66498
Baton Rouge, Louisiana 70896-6498
(225) 231-9998 Phone
(225) 709-9467 Fax

BY:     /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com